Calvin Eddy
[redacted]
St. Thomas, VI 00802
04/16/2025

Honorable Molloy
Chief Judge District Court of the Virgin Islands.
55 Veterans Drive Rm 31
St Thomas, 00802

Dear Judge Molloy:

Your Honor, I am writing to you today to provide a character reference for my stepson, Simon A. Peters. I have known Simon very well for 34 years, since I married his mother. Throughout this time, I have come to know him as an individual of generally good character. Contrary to any potential misrepresentations, Simon has never displayed rudeness towards me or, to my knowledge, towards others in our family. He has always been respectful in our interactions.

From my observations, Simon is a person who tends to be more introverted and does not actively seek out large social circles. While he relocated to the mainland United States for work opportunities, he has consistently maintained communication with his parents here in the Virgin Islands. This demonstrates a sense of responsibility and care for his family. He has also shown maturity by offering sound advice to his parents on various matters. It's also important to note that there have been times when we, his parents, have also sent financial support to Simon. Furthermore, he often offers thoughtful and mature advice to his parents, demonstrating a caring and responsible nature.

Considering the Simon I know – a man who maintains family ties, offers support, and generally keeps to himself – it is my sincere hope that the court will consider granting him leniency in his current case. I believe that Simon deserves an opportunity to rebuild and continue on a path where he can make positive contributions to his own life and the lives of those around him. Thank you for your time and consideration of my perspective.

Sincerely yours,

Calvin E. Eddy
CALVIN EDDY