Deborah Eddy
[redacted]
St Thomas, VI 00802

4/16/2025

Honorable Robert Molloy
Chief Judge
District Court of the Virgin Islands.
5500 Veterans Drive, Rm 310
St Thomas, VI 00802

Dear Judge Molloy:

As Simon Peters' mother, Deborah Eddy, I am writing to you with a heartfelt plea for leniency. I know my son as a source of strength and support, a loving and caring presence in our lives. He has always offered words of encouragement to those around him.

Simon is a talented and resourceful individual, who has used his skills to serve his community, especially the elderly residents. His honesty and willingness to help are well-known. He is also a dedicated entrepreneur and landscaper, taking his work seriously.

I implore you to consider the positive aspects of Simon's character, his desire to change, and his contributions to the community when making your decision. Leniency would allow him to continue his positive contributions to his community in California and rebuild his life.

I offer my sincere thanks and prayers, and I am hopeful for a positive outcome regarding my request.

Sincerely,

Deborah Eddy
Deborah Eddy